## VERIFICATION

I, John L. Shallue, hereby verify and declare under penalty of perjury that I, am a Detective with the Phoenix Police Department, that I have read the foregoing Complaint for Forfeiture *In Rem* and know the contents thereof, and that the matters contained in the Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters, I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as our investigation of this case, together with others, as a Detective with the Phoenix Police Department.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23 day of January 2012.

*[signature]*
John L. Shallue, Detective
Phoenix Police Department

4-8