ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

DONALD E. CONRAD
Assistant United States Attorney
Arizona State Bar Number 005347
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone:  (602) 514-7500
Facsimile:   (602) 514-7662
E-Mail: Donald.Conrad@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CV 12-00154-PHX-GMS |
| Plaintiff, | |
| v. | Application for Entry of Partial Default |
| Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, *et al.*, | |
| Defendants. | |

TO:   BRIAN D. KARTH, Clerk
       United States District Court
       District of Arizona

     Pursuant to Rule 55 of the Federal Rules of Civil Procedure, the United States of America, through undersigned counsel, hereby requests that the Clerk enter default regarding interests of Andriana Andriana Aguillar de Cornejo; Leonardo Cornejo-Reynoso; Adriana Vasquez; Maria De Jesus Salas; Jorje Salas Alvares; Jesus Llamas-Garcia, Juan Arturo Luken, Ricardo Duran, Claudia C. Duran, Alejandra  Murray; Ada Alatriste,  Patricia Perez Osuna; Eduardo Rodarte; Maria Del Rosario Perez Osuna; Juan Cedeno Gonzalez; Rolando Rodarte; Ulises M. Garcia Espinoza; Viridiana A. Murray; Alicia Nieto, individually and doing business as Old World Development Company; Private Advisors of Spain;  Private Investors of Spain; Spanish Capital Promoters; The Valencia Advisors; ALN Advisors; Alma G. Valenzuela individually and doing business as Valmart Financial; Miguel Angel Rubio-Garcia, individually and doing business as Valley's Best Collection; Heber Agency; North River Collections; Firebird Collections; Transmountain Collection Agency; and Pedro C. Cordero Blanco, individually and

doing business as Cordero the Company; Financial Services La Valencia Company; Cordero's Ideas Company and PCC Advisors, in the defendant property named in the Government's verified Complaint for Forfeiture In Rem.

This request is based upon the failure to answer or otherwise plead in this matter as required by law.

As evidenced by the Court file and the Declaration of Default accompanying this Application, the United States has complied with all notice and pleading requirements, and no party listed above has pled or defended in this matter. The deadline for filing a claim, answer or other pleading in response to the Government's Complaint has passed.

The United States filed a verified Complaint for Forfeiture In Rem ("Complaint") against the defendant property on January 23, 2012, pursuant to Supplemental Rule G(2). Arrest warrants were issued by the Deputy Clerk of the United States District Court for the District of Arizona on January 25, 2012, pursuant to Supplemental Rule G(3). The defendant property was arrested by the United States Marshals Service on February 3, 2012.

As required by Supplemental Rule G(4), direct Notice of the Forfeiture Action was served upon Andriana Aguillar de Cornejo; Leonardo Cornejo-Reynoso; Adriana Vasquez; Maria De Jesus Salas; Jorje Salas Alvares; Jesus Llamas-Garcia; Claudia C. Duran; Alicia Nieto, individually and doing business as Old World Development Company; Private Advisors of Spain; Private Investors of Spain; Spanish Capital Promoters; The Valencia Advisors and ALN Advisors; Alma G. Valenzuela individually and doing business as Valmart Financial; Miguel Angel Rubio-Garcia, individually and doing business as Valley's Best Collection; Heber Agency; North River Collections; Firebird Collections; Transmountain Collection Agency; Pedro C. Cordero Blanco, individually and doing business as Cordero the Company; Financial Services La Valencia Company; Cordero's Ideas Company, and PCC Advisors on February 3, 2012, via certified United States mail. The deadline to file a Claim was March 9, 2012. To date, no pleadings have been filed in response to the Government's Complaint by the foregoing potential claimants.

As detailed in the Notice of Forfeiture Action, a potential claimant has thirty-five days in which to file a verified Claim with the Clerk of the Court, in the court where the action is pending, specifically, United States District Court, District of Arizona, and serve such Claim upon the government attorney assigned to this matter.

The failure to file a timely claim in a civil forfeiture proceeding is fatal to a potential claimant's efforts to contest the forfeiture. Supplemental Rule G(5)(a) sets forth the procedural requirements that a claimant must comply with to establish standing to contest an in rem forfeiture proceeding. Supplemental Rule G(4) sets forth the time limits under which a potential claimant must comply. Potential claimants were duly advised of the filing requirements and deadlines, and failed to respond.

Direct Notice of the Forfeiture Action was served upon Ricardo Duran and Juan Arturo Luken on February 3, 2012, via certified United States mail. On February 28, 2012, Ricardo Duran and Juan Arturo Luken filed verified Claims to portions of the defendant property. The deadline to file an Answer was March 20, 2012. To date, no Answers have been filed by Ricardo Duran or Juan Arturo Luken as required by law. A failure to make a timely answer to a properly served complaint will justify the entry of a default judgment. Fed.R.Civ.P. 55.

Direct Notice of the Forfeiture Action was also served upon Alejandra A. Murray; Patricia Perez Osuna; Eduardo Rodarte; Maria Del Rosario Perez Osuna; Juan Cedeno Gonzalez; Rolando Rodarte; Ulises M. Garcia Espinoza; Ada Alatriste and Viridiana A. Murray via U.S. Postal International Registered mail on February 6, 2012. On February 28, 2012, Alejandra Murray, Viridiana A. Murray, Ada C. Alatriste and Juan Cedeno Gonzalez filed verified Claims to portions of the defendant property. The deadline to file an Answer was March 20, 2012, however, to date, no Answers have been filed as required by law. A failure to make a timely answer to a properly served complaint will justify the entry of a default judgment. Fed.R.Civ.P. 55.

The Government also notified any unknown potential claimants to this proceeding by

way of publication. Notice of this civil forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 26, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Publication was complete on February 24, 2012.

This is a civil in rem forfeiture proceeding and is governed by Rule G of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"). See Supplemental Rule G(1). Supplemental Rule G(5)(a)(i), requires that once the Government has complied with subsections two through four of the Rule (setting forth the requirements for the Complaint, Judicial Authorization and Process and Notice), "[a] person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the court where the action is pending." Supplemental Rule G(5)(a)(ii)(A) provides that, "[u]nless the court for good cause sets a different time," the claim must be filed, "by the time stated in a direct notice sent under Rule G(4)(b)," which must be, "at least 35 days after the notice is sent," under Supplemental Rule G(4)(b)(ii)(B) or, "no later than 60 days after the first day of publication on an official internet government forfeiture site." The deadline for filing a verified claim after publication was March 26, 2012. An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

Rule 55(a) of the Federal Rules of Civil Procedure[1] provides that, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default." The deadline for filing responsive pleadings under Supplemental Rule G has passed.

---

[1] The Federal Rules of Civil Procedure apply to issues not covered by the Supplemental Rules. See Supplemental Rule G(1). Supplemental Rule G provides the requirements for filing a Claim and Answer in a forfeiture action, however, the Supplemental Rules do not provide a remedy for non-compliance. One must therefore look to the Federal Rules of Civil Procedure.

4

Due to the failure of Andriana Aguillar de Cornejo; Leonardo Cornejo-Reynoso; Adriana Vasquez; Maria De Jesus Salas; Jorje Salas Alvares; Jesus Llamas-Garcia; Juan Arturo Luken; Claudia C. Duran, Ricardo Duran, Alejandra A. Murray; Patricia Perez Osuna; Eduardo Rodarte; Maria Del Rosario Perez Osuna; Juan Cedeno Gonzalez; Rolando Rodarte; Ulises M. Garcia Espinoza; Ada Alatriste; Viridiana A. Murray; Alicia Nieto, individually and doing business as Old World Development Company; Private Advisors of Spain;  Private Investors of Spain; Spanish Capital Promoters; The Valencia Advisors and ALN Advisors; Alma G. Valenzuela individually and doing business as Valmart Financial; Miguel Angel Rubio-Garcia, individually and doing business as Valley's Best Collection; Heber Agency; North River Collections; Firebird Collections; Transmountain Collection Agency; and Pedro C. Cordero Blanco, individually and doing business as Cordero the Company; Financial Services La Valencia Company; Cordero's Ideas Company and PCC Advisors, to plead or otherwise defend in this action, the Government requests that the Clerk enter default against the interests of Andriana Aguillar de Cornejo; Leonardo Cornejo-Reynoso; Adriana Vasquez; Maria De Jesus Salas; Jorje Salas Alvares;Jesus Llamas-Garcia; Juan Arturo Luken;Claudia C. Duran, Ricardo Duran,  Alejandra A. Murray; Patricia Perez Osuna; Eduardo Rodarte; Maria Del Rosario Perez Osuna; Juan Cedeno Gonzalez; Rolando Rodarte; Ulises M. Garcia Espinoza; Ada Alatriste; Viridiana A. Murray; Alicia Nieto, individually and doing business as Old World Development Company; Private Advisors of Spain;  Private Investors of Spain; Spanish Capital Promoters; The Valencia Advisors and ALN Advisors; Alma G. Valenzuela individually and doing business as Valmart Financial; Miguel Angel Rubio-Garcia, individually and doing business as Valley's Best Collection; Heber Agency; North River Collections; Firebird Collections; Transmountain Collection Agency; and Pedro C. Cordero Blanco, individually and doing business as Cordero the Company; Financial Services La Valencia Company; Cordero's Ideas Company and PCC Advisors in the defendant property ...

named in the Government's Complaint.

DATED this 17th day of April, 2012.

                                             ANN BIRMINGHAM SCHEEL
                                             Acting United States Attorney
                                             District of Arizona

*S/Donald E. Conrad*

DONALD E. CONRAD
Assistant United States Attorney