ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
DONALD E. CONRAD
Assistant United States Attorney
Arizona State Bar Number 005347
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7662
E-Mail: Donald.Conrad@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, *et al.*,<br><br>　　　　　Defendants. | CV 12-00154-PHX-GMS<br><br>Declaration in Support of Application for Entry of Default |

I, DONALD E. CONRAD, declare as follows:

1. I am an Assistant United States Attorney for the District of Arizona and represent the Plaintiff, United States of America, in this action.

2. I have personal knowledge of the following matters, except those stated on information and belief, and regarding those matters, I believe them to be true. If called as a witness in this proceeding, after being duly sworn, I could and would competently testify thereto.

3. On January 23, 2012, Plaintiff filed a verified Complaint for Forfeiture *In Rem* ("Complaint"). *Doc.1*

4. On February 3, 2012, Notice of the Forfeiture Action was served upon the following potential claimants via certified United States mail:

Andriana Aguillar de Cornejo
2520 Sugarloaf Club Drive
Duluth, GA 30097
U.S. Certified mail #7003 1680 0007 2417 8026

1  Adriana Aguillar de Cornejo
   P.O. Box 957508
2  Duluth, GA 30095
   U.S. Certified mail #7003 1680 0007 2417 8019
3
   Leonardo Cornejo-Reynoso
4  2520 Sugarloaf Club Drive
   Duluth, GA 30097
5  U.S. Certified mail #7010 0780 0001 4658 5671

6  Leonardo Cornejo-Reynoso
   P.O. Box 957508
7  Duluth, GA 30095
   U.S. Certified mail #7010 0780 0001 4658 5688
8
   Adriana Vasquez
9  19 Petal Park Place
   The Woodlands, TX 77382
10 U.S. Certified mail #7003 1680 0007 2417 8033

11 Maria De Jesus Salas
   1029 Bienestar Lane
12 San Luis, AZ 85349
   U.S. Certified mail #7010 0780 0001 4658 5695
13
   Jorje Salas Alvares
14 1029 Bienestar Lane
   San Luis, AZ 85349
15 U.S. Certified mail #7010 0780 0001 4658 5817

16 Jesus Llamas-Garcia
   1253 P and F Alvarado Drive
17 Calexico, California 92231
   U.S. Certified mail #7010 0780 0001 4658 5800
18
   Juan Arturo Luken
19 5303 Renaissance Avenue
   San Diego, CA 92122
20 U.S. Certified mail #7010 0780 0001 4658 5664

21 Ricardo Duran
   P.O. Box 3073
22 Calexico, California 82232
   U.S. Certified mail #7010 0780 0001 4658 5794
23
   Claudia C. Duran
24 P.O. Box 3073
   Calexico, California 82232
25 U.S. Certified mail #7010 0780 0001 4658 5626

26 ...

27

28
                                    2

| | |
|---|---|
| 1 | Alicia Nieto |
| | Alicia Nieto dba Old World Development Company |
| 2 | 509 Heber Avenue |
| | Calexico, CA 92231 |
| 3 | U.S. Certified mail #7010 0780 0001 4658 5589 |
| 4 | Alicia Nieto |
| | Alicia Nieto dba Private Advisors of Spain |
| 5 | 509 Heber Avenue |
| | Calexico, CA 92231 |
| 6 | U.S. Certified mail #7010 0780 0001 4658 5565 |
| 7 | Alicia Nieto |
| | Alicia Nieto dba Private Investors of Spain |
| 8 | 509 Heber Avenue |
| | Calexico, CA 92231 |
| 9 | U.S. Certified mail #7003 1680 0007 2417 8040 |
| 10 | Alicia Nieto |
| | Alicia Nieto dba Spanish Capital Promoters |
| 11 | 509 Heber Avenue |
| | Calexico, CA 92231 |
| 12 | U.S. Certified mail #7010 0780 0001 4658 5602 |
| 13 | Alicia Nieto |
| | Alicia Nieto dba The Valencia Advisors |
| 14 | 509 Heber Avenue |
| | Calexico, CA 92231 |
| 15 | U.S. Certified mail #7010 0780 0001 4658 5572 |
| 16 | Alicia Nieto |
| | Alicia Nieto dba ALN Advisors |
| 17 | 509 Heber Avenue |
| | Calexico, CA 92231 |
| 18 | U.S. Certified mail #7010 0780 0001 4658 5558 |
| 19 | Alma G. Valenzuela |
| | Alma G. Valenzuela dba Valmart Financial |
| 20 | 705 East 5th Street, #A |
| | Calexico, CA 92231 |
| 21 | U.S. Certified mail #7010 0780 0001 4658 5619 |
| 22 | Miguel Angel Rubio-Garcia |
| | Miguel Angel Rubio-Garcia dba Valley's Best Collection |
| 23 | 509 Heber Avenue |
| | Calexico, CA 92231 |
| 24 | U.S. Certified mail #7010 0780 0001 4658 5732 |
| 25 | Miguel Angel Rubio-Garcia |
| | Miguel Angel Rubio-Garcia dba Heber Agency |
| 26 | 509 Heber Avenue |
| | Calexico, CA 92231 |
| 27 | U.S. Certified mail #7010 0780 0001 4658 5749 |
| 28 | |

1  Miguel Angel Rubio-Garcia
   Miguel Angel Rubio-Garcia dba North River Collections
2  509 Heber Avenue
   Calexico, CA 92231
3  U.S. Certified mail #7010 0780 0001 4658 5725

4  Miguel Angel Rubio-Garcia
   Miguel Angel Rubio-Garcia dba Firebird Collections
5  509 Heber Avenue
   Calexico, CA 92231
6  U.S. Certified mail #7010 0780 0001 4658 5718

7  Miguel Angel Rubio-Garcia
   Miguel Angel Rubio-Garcia dba Transmountain Collection Agency
8  509 Heber Avenue
   Calexico, CA 92231
9  U.S. Certified mail #7010 0780 0001 4658 5701

10 Pedro C. Cordero Blanco
   Pedro C. Cordero Blanco dba Cordero the Company
11 509 Heber Avenue
   Calexico, CA 92231
12 U.S. Certified mail #7010 0780 0001 4658 5763

13 Pedro C. Cordero Blanco
   Pedro C. Cordero Blanco dba Financial Services La Valencia Company
14 509 Heber Avenue
   Calexico, CA 92231
15 U.S. Certified mail #7010 0780 0001 4658 5756

16 Pedro C. Cordero Blanco
   Pedro C. Cordero Blanco dba Cordero's Ideas Company
17 509 Heber Avenue
   Calexico, CA 92231
18 U.S. Certified mail #7010 0780 0001 4658 5770

19 Pedro C. Cordero Blanco
   Pedro C. Cordero Blanco dba PCC Advisors
20 509 Heber Avenue
   Calexico, CA 92231
21 U.S. Certified mail #7010 0780 0001 4658 5787

22 Verified Claims were due on March 9, 2012.  See *attached Exhibit A, Notices of Forfeiture*

23 *Action and Return Receipts of U.S. Certified mailings.*

24      5.      On February 6, 2012, Notice of the Forfeiture Action was served upon the

25 following potential claimants via United States Postal International Registered mail:

26 Alejandra A. Murray
   Privada Pacifica 249 FRACC San Pedro
27 Mexicali, SO, Mexico

28
                                        4

1  U.S. Postal International Registered Mail # RB 669 796 965 US

2  Ada Alatriste
   Privada Pacifica 249 FRACC San Pedro
3  Mexicali, SO, Mexico
   U.S. Postal International Registered Mail # RB 669 796 979 US
4
   Patricia Perez Osuna
5  1429 C Puerto Del Carmen Rdcial San Sebastian
   Mexicali, BA 21257
6  Mexico
   U.S. Postal International Registered Mail # RB 669 796 885 US
7
   Eduardo Rodarte
8  Encitas 530 San Pedro Residencial
   Mexicali BC, SO, Mexico
9  U.S. Postal International Registered Mail # RB 669 796 951 US

10 Maria Del Rosario Perez Osuna
   823 Calle Zilia
11 Mexicali, SO, Mexico
   U.S. Postal International Registered Mail # RB 669 796 917 US
12
   Rolando Rodarte
13 San Jacinto 542 San Pedro Residencial
   Mexicali BC, SO, Mexico
14 U.S. Postal International Registered Mail # RB 669 796 877 US

15 Ulises M. Garcia Espinoza
   C. Guindilla 4120 Villa Del Rob
16 Mexicali, SO ,Mexico
   U.S. Postal Registered International Mail # RB 669 796 863 US
17
   Juan Cedeno Gonzalez
18 Calle Adalverto Silva Cota
   433 Luis Donaldo Colosio, Mexico
19 U.S. Postal International Registered Mail # RB 669 796 925 US

20 Viridiana A. Murray
   Privada Pacifica 249 FRACC San Pedro
21 Mexicali, SO, Mexico
   U.S. Postal International Registered Mail # RB 669 796 850 US
22
   Verified Claims were due on March 12, 2012.  See *attached Exhibit B, Notices of Forfeiture*
23
   *Action and Return Receipts of International Registered mailings.*
24
         6.     On January 25, 2012, the Deputy Clerk of the United States District Court for
25
   the District of Arizona issued Warrants of Arrest for the defendant property, and pursuant
26
   thereto, the defendant property was arrested by the United States Marshals Service on February
27

28
                                              5

1. 3, 2012. Notice of the arrests was filed with District Court on February 8, 2012. *Doc.12*

2.     7.    Notice of this civil forfeiture action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 26, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The Notice described the defendant property, stated the times under Rule G(5) to file a claim and answer, and provided the name of the Government attorney to be served with the claim and answer. The Declaration of Publication was filed with District Court on March 6, 2012. *Doc.43*

    8.    On February 28, 2012, Alejandra A. Murray, Juan Arturo Luken, Ricardo Duran, Viridiana A. Murray, Ada C. Alatriste and Juan Cedano Gonzalez filed verified Claims to portions of the defendant property. The deadline to file an Answer was March 20, 2012. To date, no Answers have been filed by or on behalf of the above named individuals as required by law. A failure to make a timely answer to a properly served complaint will justify the entry of a default judgment. Fed.R.Civ.P. 55.

    9.    Counsel for Plaintiff has served its Notice of Forfeiture and verified Complaint for Forfeiture on all persons who are believed to have an interest in the defendant property sought to be defaulted, including Andriana Aguillar de Cornejo; Leonardo Cornejo-Reynoso; Adriana Vasquez; Maria De Jesus Salas; Jorje Salas Alvares; Jesus Llamas-Garcia, Juan Arturo Luken, Ricardo Duran, Claudia C. Duran, Alejandra A. Murray; Ada Alatriste, Patricia Perez Osuna; Eduardo Rodarte; Maria Del Rosario Perez Osuna; Juan Cedeno Gonzalez; Rolando Rodarte; Ulises M. Garcia Espinoza; Viridiana A. Murray; Alicia Nieto, individually and doing business as Old World Development Company; Private Advisors of Spain; Private Investors of Spain; Spanish Capital Promoters; The Valencia Advisors; ALN Advisors; Alma G. Valenzuela individually and doing business as Valmart Financial; Miguel Angel Rubio-Garcia, individually and doing business as Valley's Best Collection; Heber Agency; North River Collections; Firebird Collections; Transmountain Collection Agency; and Pedro C. Cordero Blanco, individually and doing business as Cordero the Company; Financial Services La Valencia Company; Cordero's

6

1  Ideas Company and PCC Advisors, in addition to service by publication.

2      10.    The time for filing a claim, answer or responsive pleading has expired.

3      11.    Declarant knows of no reason why default should not now be entered against the interests of Andriana Aguillar de Cornejo; Leonardo Cornejo-Reynoso; Adriana Vasquez; Maria De Jesus Salas; Jorje Salas Alvares; Jesus Llamas-Garcia, Juan Arturo Luken, Ricardo Duran, Claudia C. Duran, Alejandra Murray; Ada Alatriste, Patricia Perez Osuna; Eduardo Rodarte; Maria Del Rosario Perez Osuna; Juan Cedeno Gonzalez; Rolando Rodarte; Ulises M. Garcia Espinoza; Viridiana A. Murray; Alicia Nieto, individually and doing business as Old World Development Company; Private Advisors of Spain; Private Investors of Spain; Spanish Capital Promoters; The Valencia Advisors; ALN Advisors; Alma G. Valenzuela individually and doing business as Valmart Financial; Miguel Angel Rubio-Garcia, individually and doing business as Valley's Best Collection; Heber Agency; North River Collections; Firebird Collections; Transmountain Collection Agency; and Pedro C. Cordero Blanco, individually and doing business as Cordero the Company; Financial Services La Valencia Company; Cordero's Ideas Company and PCC Advisors, in the defendant property.

    12.    The Government requests that the Clerk enter default against the interest of Andriana Aguillar de Cornejo; Leonardo Cornejo-Reynoso; Adriana Vasquez; Maria De Jesus Salas; Jorje Salas Alvares; Jesus Llamas-Garcia, Juan Arturo Luken, Ricardo Duran, Claudia C. Duran, Alejandra Murray; Ada Alatriste, Patricia Perez Osuna; Eduardo Rodarte; Maria Del Rosario Perez Osuna; Juan Cedeno Gonzalez; Rolando Rodarte; Ulises M. Garcia Espinoza; Viridiana A. Murray; Alicia Nieto, individually and doing business as Old World Development Company; Private Advisors of Spain; Private Investors of Spain; Spanish Capital Promoters; The Valencia Advisors; ALN Advisors; Alma G. Valenzuela individually and doing business as Valmart Financial; Miguel Angel Rubio-Garcia, individually and doing business as Valley's Best Collection; Heber Agency; North River Collections; Firebird Collections; Transmountain Collection Agency; and Pedro C. Cordero Blanco, individually and doing business as Cordero the Company; Financial Services La Valencia Company; Cordero's Ideas Company and PCC

7

1 | Advisors in the defendant property named in the Government's Complaint.
2 |     I declare under penalty of perjury that the foregoing is true and correct.
3 |     EXECUTED this 17th day of April, 2012.

*S/Donald E. Conrad*

--------------------
DONALD E. CONRAD
Assistant United States Attorney

8