United States of America,

            Plaintiff,

            v.

1. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89; et al.,

            Defendants.

CV-12-00154-PHX-DKD
Notice of Service

Notice of Forfeiture Action
Return Receipt Certified U.S. Mail

## NOTICE OF FORFEITURE ACTION

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America v. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, et al.**
**CV 12-00154-PHX-DKD**

TO POTENTIAL CLAIMANT:      Adriana Aguillar de Cornejo
2520 Sugarloaf Club Drive
Duluth, GA 30097

<u>Date Notice Sent</u>: **February 3, 2012**
Via U.S. Postal Certified Mail # *7003 1680 0007 2417 8026*

**YOU ARE HEREBY GIVEN NOTICE** of the above-captioned case pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Along with this Notice, you have received a copy of the Government's verified Complaint for Forfeiture *In Rem*.

The civil Complaint seeking forfeiture pursuant to pursuant to 21 U.S.C. § 881(a)(6) was filed on was filed on January 23, 2012, in the United States District Court for the District of Arizona, by Assistant United States Attorney DONALD E. CONRAD on behalf of the United States of America, Plaintiff, against defendant property named in the Government's verified Complaint. The Government's verified Complaint alleges that said property may, for the causes stated in the Complaint, be condemned as forfeited to the United States. In order to avoid forfeiture of the defendant property, any person claiming an interest in, or right against the defendant property  must file a verified claim with the Clerk of the Court in the court where the action is pending, specifically, United States District Court, District of Arizona, 401 West Washington Street, Phoenix, Arizona 85003, within thirty-five (35) days after the date this notice is sent, as stated above.

...

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, the claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury;

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D), in this case, Assistant United States Attorney DONALD E. CONRAD at Two Renaissance Square, 40 North Central, Suite 1200, Phoenix, AZ 85004-4408.

A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619 and at 28 C.F.R. § 9, and Supplemental Rule G, Federal Rules of Civil Procedure.



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Postmark
Here

Total Postage & Fees $

Sent To

Adriana Aguillar de Cornejo
2520 Sugarloaf Club Drive
Duluth, GA 30097

Street, Apt. No.
or PO Box No.

City, State, Zip+4

PS Form 3800                See Reverse for Instructions

7003 1680 0007 2417 8026



US OFFICIAL MAIL
$300 Penalty
For Private Use
Mailed Fro...
US PO

RETURN TO SENDER
UNCLAIMED

Adriana Aguillar de Corona
2520 Sugarloaf Club Drive
Duluth, GA 30097

7003 1680 0007 2417 802b

United States Attorney
District of Arizona
Two Renaissance Square
40 North Central, Suite 1200
Phoenix, Arizona 85004-4408
Official Business
Penalty for Private Use $300

ADDRESS SERVICE REQUESTED

RETURN TO SENDER
UNCLAIMED

U.S. ATTORNEY
PHOENIX, AZ

2012 APR 18 A 8:54

RECEIVED

# NOTICE OF FORFEITURE ACTION

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America v. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, et al.**
**CV 12-00154-PHX-DKD**

TO POTENTIAL CLAIMANT:      Adriana Aguillar de Cornejo
P.O. Box 957508
Duluth, GA 30095

<u>Date Notice Sent</u>: **February 3, 2012**
Via U.S. Postal Certified Mail # *7003 1680 0007 2417 8019*

**YOU ARE HEREBY GIVEN NOTICE** of the above-captioned case pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Along with this Notice, you have received a copy of the Government's verified Complaint for Forfeiture *In Rem*.

The civil Complaint seeking forfeiture pursuant to pursuant to 21 U.S.C. § 881(a)(6) was filed on was filed on January 23, 2012, in the United States District Court for the District of Arizona, by Assistant United States Attorney DONALD E. CONRAD on behalf of the United States of America, Plaintiff, against defendant property named in the Government's verified Complaint. The Government's verified Complaint alleges that said property may, for the causes stated in the Complaint, be condemned as forfeited to the United States. In order to avoid forfeiture of the defendant property, any person claiming an interest in, or right against the defendant property must file a verified claim with the Clerk of the Court in the court where the action is pending, specifically, United States District Court, District of Arizona, 401 West Washington Street, Phoenix, Arizona 85003, within thirty-five (35) days after the date this notice is sent, as stated above.

...

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, the claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury;

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D), in this case, Assistant United States Attorney DONALD E. CONRAD at Two Renaissance Square, 40 North Central, Suite 1200, Phoenix, AZ 85004-4408.

A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619 and at 28 C.F.R. § 9, and Supplemental Rule G, Federal Rules of Civil Procedure.

2



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

Sent To

Adriana Aguillar de Cornejo
P.O. Box 957508
Duluth, GA 30095

Street, Apt. No.
or PO Box No.
City, State, Zip

PS Form 3800, June 2002          See Reverse for Instructions

Return receipt not
received —
Mailing not returned

USPS.com® - Track & Confirm

 USPS.COM®

Search USPS.com or Track Package

Quick Tools          Ship a Package    Send Mail     Manage Your Mail    Shop    Business Solutions

# Track & Confirm

You entered: 70031680000724178019

**Status: Notice Left**
We attempted to deliver your item at 11:12 am on February 06, 2012 in
DULUTH, GA 30096 and a notice was left. No further information is
available for this item. Additional information for this item is stored in
files offline.

You may request that the additional information be retrieved from the
archives, and that we send you an e-mail when this retrieval is complete.
Requests to retrieve additional information are generally processed within
four hours. This information will remain online for 30 days.

I would like to receive notification on this request

[ Restore ]

### Find Another Item
What's your label (or receipt) number?

[ Find ]

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

## NOTICE OF FORFEITURE ACTION

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America v. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, et al.**
**CV 12-00154-PHX-DKD**

TO POTENTIAL CLAIMANT:       Leonardo Cornejo-Reynoso
                             2520 Sugarloaf Club Drive
                             Duluth, GA 30097

<u>Date Notice Sent</u>: **February 3, 2012**
              **Via U.S. Postal Certified Mail #** *7010 0780 0001 4658 5671*

**YOU ARE HEREBY GIVEN NOTICE** of the above-captioned case pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Along with this Notice, you have received a copy of the Government's verified Complaint for Forfeiture *In Rem*.

The civil Complaint seeking forfeiture pursuant to pursuant to 21 U.S.C. § 881(a)(6) was filed on was filed on January 23, 2012, in the United States District Court for the District of Arizona, by Assistant United States Attorney DONALD E. CONRAD on behalf of the United States of America, Plaintiff, against defendant property named in the Government's verified Complaint. The Government's verified Complaint alleges that said property may, for the causes stated in the Complaint, be condemned as forfeited to the United States. In order to avoid forfeiture of the defendant property, any person claiming an interest in, or right against the defendant property  must file a verified claim with the Clerk of the Court in the court where the action is pending, specifically, United States District Court, District of Arizona, 401 West Washington Street, Phoenix, Arizona 85003, within thirty-five (35) days after the date this notice is sent, as stated above.

        ...

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, the claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury;

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D), in this case, Assistant United States Attorney DONALD E. CONRAD at Two Renaissance Square, 40 North Central, Suite 1200, Phoenix, AZ 85004-4408.

A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619 and at 28 C.F.R. § 9, and Supplemental Rule G, Federal Rules of Civil Procedure.

2



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | |

Leonardo Cornejo-Reynoso
2520 Sugarloaf Club Drive
Duluth, GA 30097

PS Form 3800, August 2006          See Reverse for Instructions

7010 0780 0001 4658 5671



United States Attorney
District of Arizona

Two Renaissance Square
40 North Central, Suite 1200
Phoenix, Arizona 85004-4408

Official Business
Penalty for Private Use $300

ADDRESS SERVICE REQUESTED

7010 0780 0001 4658 5671

Leonardo Cornejo-Reynoso
2520 Sugarloaf Club Drive
Duluth, GA 30097

UNCLAIMED

UNCLAIMED

RECEIVED

2012 APR -1 A 8:54

U S ATTORNEY
PHOENIX, AZ

$07.8
US POS
Mailed From
02/03/
For Private Use
US OFFICIAL MA
$300 Penalty

## NOTICE OF FORFEITURE ACTION

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America v. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, et al.**
**CV 12-00154-PHX-DKD**

TO POTENTIAL CLAIMANT:        Leonardo Cornejo-Reynoso
                             P.O. Box 957508
                             Duluth, GA 30095

<u>Date Notice Sent</u>: **February 3, 2012**
                 **Via U.S. Postal Certified Mail #** *7010 0780 0001 4658 5688*

**YOU ARE HEREBY GIVEN NOTICE** of the above-captioned case pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Along with this Notice, you have received a copy of the Government's verified Complaint for Forfeiture *In Rem*.

The civil Complaint seeking forfeiture pursuant to pursuant to 21 U.S.C. § 881(a)(6) was filed on was filed on January 23, 2012, in the United States District Court for the District of Arizona, by Assistant United States Attorney DONALD E. CONRAD on behalf of the United States of America, Plaintiff, against defendant property named in the Government's verified Complaint. The Government's verified Complaint alleges that said property may, for the causes stated in the Complaint, be condemned as forfeited to the United States. In order to avoid forfeiture of the defendant property, any person claiming an interest in, or right against the defendant property  must file a verified claim with the Clerk of the Court in the court where the action is pending, specifically, United States District Court, District of Arizona, 401 West Washington Street, Phoenix, Arizona 85003, within thirty-five (35) days after the date this notice is sent, as stated above.

...

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, the claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury;

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D), in this case, Assistant United States Attorney DONALD E. CONRAD at Two Renaissance Square, 40 North Central, Suite 1200, Phoenix, AZ 85004-4408.

A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619 and at 28 C.F.R. § 9, and Supplemental Rule G, Federal Rules of Civil Procedure.



Leonardo Cornejo-Reynoso
P.O. Box 957508
Duluth, GA 30095

Return receipt not received — Mailing not returned Q.

 USPS.COM®

Search USPS.com or Track Packag

Quick Tools          Ship a Package          Send Mail          Manage Your Mail          Shop          Business Solutions

# Track & Confirm

**You entered: 70100780000146585688**

**Status: Notice Left**
We attempted to deliver your item at 11:12 am on February 06, 2012 in
DULUTH, GA 30096 and a notice was left. No further information is
available for this item. Additional information for this item is stored in
files offline.

You may request that the additional information be retrieved from the
archives, and that we send you an e-mail when this retrieval is complete.
Requests to retrieve additional information are generally processed within
four hours. This information will remain online for 30 days.

I would like to receive notification on this request

 Restore

**Find Another Item**

What's your label (or receipt) number?

 Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

# NOTICE OF FORFEITURE ACTION

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America v. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, et al.**
**CV 12-00154-PHX-DKD**

TO POTENTIAL CLAIMANT:     Adriana Vasquez
                          19 Petal Park Place
                          The Woodlands, TX 77382

<u>Date Notice Sent</u>: **February 3, 2012**
        **Via U.S. Postal Certified Mail #**   *7003 1680 0007 2417 8033*

**YOU ARE HEREBY GIVEN NOTICE** of the above-captioned case pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Along with this Notice, you have received a copy of the Government's verified Complaint for Forfeiture *In Rem*.

The civil Complaint seeking forfeiture pursuant to pursuant to 21 U.S.C. § 881(a)(6) was filed on was filed on January 23, 2012, in the United States District Court for the District of Arizona, by Assistant United States Attorney DONALD E. CONRAD on behalf of the United States of America, Plaintiff, against defendant property named in the Government's verified Complaint. The Government's verified Complaint alleges that said property may, for the causes stated in the Complaint, be condemned as forfeited to the United States. In order to avoid forfeiture of the defendant property, any person claiming an interest in, or right against the defendant property  must file a verified claim with the Clerk of the Court in the court where the action is pending, specifically, United States District Court, District of Arizona, 401 West Washington Street, Phoenix, Arizona 85003, within thirty-five (35) days after the date this notice is sent, as stated above.

...

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, the claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury;

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D), in this case, Assistant United States Attorney DONALD E. CONRAD at Two Renaissance Square, 40 North Central, Suite 1200, Phoenix, AZ 85004-4408.

A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619 and at 28 C.F.R. § 9, and Supplemental Rule G, Federal Rules of Civil Procedure.



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $

Certified Fee

Return Reciept Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Postmark
Here

Total Po

Sent To

Adriana Vasquez
Street, A;     19 Petal Park Place
or PO Bo
City, Stat    The Woodlands, TX 77382

PS Form 3800, June 2002

7003 1680 0007 2417 8033

English          Customer          USPS Mobile                                    Register / Sign In
                 Service



                                                                              Search USPS.com or Track Package

Quick Tools              Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

# Track & Confirm

You entered: 70031680000724178033

**Status: Unclaimed**
Your item was returned to the sender on March 03, 2012 because it was
not claimed by the addressee. Additional information for this item is
stored in files offline.

You may request that the additional information be retrieved from the
archives, and that we send you an e-mail when this retrieval is complete.
Requests to retrieve additional information are generally processed within
four hours. This information will remain online for 30 days.

I would like to receive notification on this request



## Find Another Item

What's your label (or receipt) number?



**LEGAL**                    **ON USPS.COM**              **ON ABOUT.USPS.COM**         **OTHER USPS SITES**
Privacy Policy ›            Government Services ›        About USPS Home ›             Business Customer Gateway ›
Terms of Use ›             Buy Stamps & Shop ›          Newsroom ›                    Postal Inspectors ›
FOIA ›                     Print a Label with Postage › Mail Service Updates ›        Inspector General ›
No FEAR Act EEO Data ›     Customer Service ›           Forms & Publications ›        Postal Explorer ›
                           Site Index ›                 Careers ›

Copyright© 2012 USPS. All Rights Reserved.

## NOTICE OF FORFEITURE ACTION

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America v. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, et al.**
**CV 12-00154-PHX-DKD**

**TO POTENTIAL CLAIMANT:**     Maria DeJesus Salas
1029 Bienestar Lane
San Luis, AZ 85349

<u>Date Notice Sent</u>: **February 3, 2012**
**Via U.S. Postal Certified Mail #** 7010 6780 0001 4158 5695

YOU ARE HEREBY GIVEN NOTICE of the above-captioned case pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Along with this Notice, you have received a copy of the Government's verified Complaint for Forfeiture *In Rem.*

The civil Complaint seeking forfeiture pursuant to pursuant to 21 U.S.C. § 881(a)(6) was filed on was filed on January 23, 2012, in the United States District Court for the District of Arizona, by Assistant United States Attorney DONALD E. CONRAD on behalf of the United States of America, Plaintiff, against defendant property named in the Government's verified Complaint.  The Government's verified Complaint alleges that said property may, for the causes stated in the Complaint, be condemned as forfeited to the United States. In order to avoid forfeiture of the defendant property, any person claiming an interest in, or right against the defendant property  must file a verified claim with the Clerk of the Court in the court where the action is pending, specifically, United States District Court, District of Arizona, 401 West Washington Street, Phoenix, Arizona 85003, within thirty-five (35) days after the date this notice is sent, as stated above.

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime

...

Claims, Federal Rules of Civil Procedure, the claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury;

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D), in this case, Assistant United States Attorney DONALD E. CONRAD at Two Renaissance Square, 40 North Central, Suite 1200, Phoenix, AZ 85004-4408.

A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619 and at 28 C.F.R. § 9, and Supplemental Rule G, Federal Rules of Civil Procedure.



Maria De Jesus Salas
1029 Bienestar Lane
San Luis, AZ 85349

English          Customer          USPS Mobile                                        Register / Sign In
                 Service

 **USPS.COM®**

Search USPS.com or Track Packag

Quick Tools                    Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

# Track & Confirm

**You entered:** 70100780000146585695

**Status: Undeliverable as Addressed**
Your item was undeliverable as addressed at 12:10 pm on February 04,
2012 in SAN LUIS, AZ 85349. It is being returned if appropriate information
is available. Additional information for this item is stored in files offline.

You may request that the additional information be retrieved from the
archives, and that we send you an e-mail when this retrieval is complete.
Requests to retrieve additional information are generally processed within
four hours. This information will remain online for 30 days.

    I would like to receive notification on this request

 Restore

**Find Another Item**
What's your label (or receipt) number?

 Find

**LEGAL**                      **ON USPS.COM**              **ON ABOUT.USPS.COM**        **OTHER USPS SITES**
Privacy Policy ›               Government Services ›        About USPS Home ›            Business Customer Gateway ›
Terms of Use ›                 Buy Stamps & Shop ›          Newsroom ›                   Postal Inspectors ›
FOIA ›                         Print a Label with Postage › Mail Service Updates ›       Inspector General ›
No FEAR Act EEO Data ›         Customer Service ›           Forms & Publications ›       Postal Explorer ›
                               Site Index ›                 Careers ›

Copyright© 2012 USPS. All Rights Reserved.

# NOTICE OF FORFEITURE ACTION

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America v. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, et al.**
**CV 12-00154-PHX-DKD**

**TO POTENTIAL CLAIMANT:**      Jorje Salas Alvares
1029 Bienestar Lane
San Luis, AZ 85349

<u>Date Notice Sent</u>: **February 3, 2012**
Via U.S. Postal Certified Mail # *7010  0780  0001  4658 5817*

   **YOU ARE HEREBY GIVEN NOTICE** of the above-captioned case pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Along with this Notice, you have received a copy of the Government's verified Complaint for Forfeiture *In Rem*.

   The civil Complaint seeking forfeiture pursuant to pursuant to 21 U.S.C. § 881(a)(6) was filed on was filed on January 23, 2012, in the United States District Court for the District of Arizona, by Assistant United States Attorney DONALD E. CONRAD on behalf of the United States of America, Plaintiff, against defendant property named in the Government's verified Complaint.  The Government's verified Complaint alleges that said property may, for the causes stated in the Complaint, be condemned as forfeited to the United States. In order to avoid forfeiture of the defendant property, any person claiming an interest in, or right against the defendant property  must file a verified claim with the Clerk of the Court in the court where the action is pending, specifically, United States District Court, District of Arizona, 401 West Washington Street, Phoenix, Arizona 85003, within thirty-five (35) days after the date this notice is sent, as stated above.

   Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime

...

Claims, Federal Rules of Civil Procedure, the claim must:

    (A) identify the specific property claimed;

    (B) identify the claimant and state the claimant's interest in the property;

    (C) be signed by the claimant under penalty of perjury;

    (D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D), in this case, Assistant United States Attorney DONALD E. CONRAD at Two Renaissance Square, 40 North Central, Suite 1200, Phoenix, AZ 85004-4408.

    A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

    An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

    Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619 and at 28 C.F.R. § 9, and Supplemental Rule G, Federal Rules of Civil Procedure.



**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To
Jorje Salas Alvares

Street, or PO Box
1029 Bienestar Lane

City, State
San Luis, AZ 85349

PS Form

7010 0780 0001 4658 5817

English     Customer     USPS Mobile                 Register / Sign In

Service

 **USPS.COM**           Search USPS.com or Track Package

Quick Tools          Ship a Package     Send Mail     Manage Your Mail     Shop     Business Solutions

# Track & Confirm

You entered: 70100780000146585817

**Status: Undeliverable as Addressed**
Your item was undeliverable as addressed at 12:10 pm on February 04,
2012 in SAN LUIS, AZ 85349. It is being returned if appropriate information
is available. Additional information for this item is stored in files offline.

You may request that the additional information be retrieved from the
archives, and that we send you an e-mail when this retrieval is complete.
Requests to retrieve additional information are generally processed within
four hours. This information will remain online for 30 days.

   I would like to receive notification on this request



## Find Another Item

What's your label (or receipt) number?



**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

# NOTICE OF FORFEITURE ACTION

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America v. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, et al.**
**CV 12-00154-PHX-DKD**

TO POTENTIAL CLAIMANT:          Jesus Llamas-Garcia
                                1253 P and F Alvarado Drive
                                Calexico, California 92231

<u>Date Notice Sent</u>: **February 3, 2012**
                    **Via U.S. Postal Certified Mail #** 7010 0780 0001 4658 5800

   **YOU ARE HEREBY GIVEN NOTICE** of the above-captioned case pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Along with this Notice, you have received a copy of the Government's verified Complaint for Forfeiture *In Rem*.

   The civil Complaint seeking forfeiture pursuant to pursuant to 21 U.S.C. § 881(a)(6) was filed on was filed on January 23, 2012, in the United States District Court for the District of Arizona, by Assistant United States Attorney DONALD E. CONRAD on behalf of the United States of America, Plaintiff, against defendant property named in the Government's verified Complaint.  The Government's verified Complaint alleges that said property may, for the causes stated in the Complaint, be condemned as forfeited to the United States. In order to avoid forfeiture of the defendant property, any person claiming an interest in, or right against the defendant property  must file a verified claim with the Clerk of the Court in the court where the action is pending, specifically, United States District Court, District of Arizona, 401 West Washington Street, Phoenix, Arizona 85003, within thirty-five (35) days after the date this notice is sent, as stated above.

   ...

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, the claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury;

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D), in this case, Assistant United States Attorney DONALD E. CONRAD at Two Renaissance Square, 40 North Central, Suite 1200, Phoenix, AZ 85004-4408.

A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619 and at 28 C.F.R. § 9, and Supplemental Rule G, Federal Rules of Civil Procedure.



7010 0780 0001 4658 5800

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | | |
|---|---|---|
| Postage | | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Jesus Llamas-Garcia
1253 P and F Alvarado Drive
Calexico, California 92231

PS                    See Reverse for Instructions

USPS.com® - Track & Confirm

 **USPS.COM**

Search USPS.com or Track Package

Quick Tools                    Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

**You entered: 70100780000146585800**

**Status: Delivered**
Your item was delivered at 2:22 pm on February 06, 2012 in CALEXICO,
CA 92231. Additional information for this item is stored in files offline.

You may request that the additional information be retrieved from the
archives, and that we send you an e-mail when this retrieval is complete.
Requests to retrieve additional information are generally processed within
four hours. This information will remain online for 30 days.

I would like to receive notification on this request

 Restore

## Find Another Item

What's your label (or receipt) number?

 Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

## NOTICE OF FORFEITURE ACTION

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America v. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, et al.**
**CV 12-00154-PHX-DKD**

TO POTENTIAL CLAIMANT:     Juan Arturo Luken
5303 Renaissance Avenue
San Diego, CA 92122

<u>Date Notice Sent</u>: **February 3, 2012**
**Via U.S. Postal Certified Mail #** *7010 0780 0001 4658 5664*

**YOU ARE HEREBY GIVEN NOTICE** of the above-captioned case pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Along with this Notice, you have received a copy of the Government's verified Complaint for Forfeiture *In Rem*.

The civil Complaint seeking forfeiture pursuant to pursuant to 21 U.S.C. § 881(a)(6) was filed on was filed on January 23, 2012, in the United States District Court for the District of Arizona, by Assistant United States Attorney DONALD E. CONRAD on behalf of the United States of America, Plaintiff, against defendant property named in the Government's verified Complaint.  The Government's verified Complaint alleges that said property may, for the causes stated in the Complaint, be condemned as forfeited to the United States. In order to avoid forfeiture of the defendant property, any person claiming an interest in, or right against the defendant property  must file a verified claim with the Clerk of the Court in the court where the action is pending, specifically, United States District Court, District of Arizona, 401 West Washington Street, Phoenix, Arizona 85003, within thirty-five (35) days after the date this notice is sent, as stated above.

...

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, the claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury;

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D), in this case, Assistant United States Attorney DONALD E. CONRAD at Two Renaissance Square, 40 North Central, Suite 1200, Phoenix, AZ 85004-4408.

A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619 and at 28 C.F.R. § 9, and Supplemental Rule G, Federal Rules of Civil Procedure.

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Sent
Juan Arturo Luken
Street
5303 Renaissance Avenue
or PO
San Diego, CA 92122
City, :

7010 0780 0001 4658 5664

PS Form            See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Juan Arturo Luken
5303 Renaissance Avenue
San Diego, CA 92122

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Address

B. Received by ( Printed Name )     C. Date of De

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)    7010 0780 0001 4658 5664

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

Case 2:12-cv-00154-GMS   Document 62-2   Filed 04/17/12   Page 37 of 41

English          Customer          USPS Mobile                                                    Register / Sign In

                 Service

 **USPS.COM**                                                    Search USPS.com or Track Packag

Quick Tools                    Ship a Package      Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

You entered: 70100780000146585664

**Status: Delivered**
Your item was delivered at 10:04 am on February 09, 2012 in SAN DIEGO,
CA 92122. Additional information for this item is stored in files offline.

You may request that the additional information be retrieved from the
archives, and that we send you an e-mail when this retrieval is complete.
Requests to retrieve additional information are generally processed within
four hours. This information will remain online for 30 days.

  I would like to receive notification on this request



### Find Another Item

What's your label (or receipt) number?



**LEGAL**                    **ON USPS.COM**              **ON ABOUT.USPS.COM**        **OTHER USPS SITES**

Privacy Policy ›             Government Services ›        About USPS Home ›            Business Customer Gateway ›
Terms of Use ›               Buy Stamps & Shop ›          Newsroom ›                   Postal Inspectors ›
FOIA ›                       Print a Label with Postage › Mail Service Updates ›       Inspector General ›
No FEAR Act EEO Data ›       Customer Service ›           Forms & Publications ›       Postal Explorer ›
                             Site Index ›                 Careers ›

Copyright© 2012 USPS. All Rights Reserved.

## NOTICE OF FORFEITURE ACTION

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America v. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, et al.**
**CV 12-00154-PHX-DKD**

TO POTENTIAL CLAIMANT:          Claudia C. Duran
                                P.O. Box 3073
                                Calexico, California 82232

**Date Notice Sent**: **February 3, 2012**
                **Via U.S. Postal Certified Mail #** *7010 0780 0001 4658 5626*

**YOU ARE HEREBY GIVEN NOTICE** of the above-captioned case pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Along with this Notice, you have received a copy of the Government's verified Complaint for Forfeiture *In Rem*.

The civil Complaint seeking forfeiture pursuant to pursuant to 21 U.S.C. § 881(a)(6) was filed on was filed on January 23, 2012, in the United States District Court for the District of Arizona, by Assistant United States Attorney DONALD E. CONRAD on behalf of the United States of America, Plaintiff, against defendant property named in the Government's verified Complaint. The Government's verified Complaint alleges that said property may, for the causes stated in the Complaint, be condemned as forfeited to the United States. In order to avoid forfeiture of the defendant property, any person claiming an interest in, or right against the defendant property  must file a verified claim with the Clerk of the Court in the court where the action is pending, specifically, United States District Court, District of Arizona, 401 West Washington Street, Phoenix, Arizona 85003, within thirty-five (35) days after the date this notice is sent, as stated above.

...

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, the claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury;

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D), in this case, Assistant United States Attorney DONALD E. CONRAD at Two Renaissance Square, 40 North Central, Suite 1200, Phoenix, AZ 85004-4408.

A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619 and at 28 C.F.R. § 9, and Supplemental Rule G, Federal Rules of Civil Procedure.

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ *Complaint* |
| Certified Fee | *Actual* |
| Return Receipt Fee (Endorsement Required) | *Award* *Mag*... |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

*2/3/2014* Postmark Here

7010 0780 0001 4658 5626

Sent To
Claudia C. Duran
Street, Apt.
or PO Box N
P.O. Box 3073
City, State, Z
Calexico, California 82232

PS Form 380...                          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Claudia C. Duran
P.O. Box 3073
Calexico, California 82232

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Claudia Duran*   ☐ Agent  ☒ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
*2/10/12*

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7010 0780 0001 4658 5626

PS Form **3811**, August 2001        Domestic Return Receipt        102595-02-M-1540

Case 2:12-cv-00154-GMS   Document 62-2   Filed 04/17/12   Page 41 of 41

English    Customer    USPS Mobile                                    Register / Sign In
           Service

 **USPS.COM**®                                     Search USPS.com or Track Package

Quick Tools              Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

You entered: 70100780000146585626

**Status: Delivered**
Your item was delivered at 12:55 pm on February 10, 2012 in CALEXICO,
CA 92231. Additional information for this item is stored in files offline.

You may request that the additional information be retrieved from the
archives, and that we send you an e-mail when this retrieval is complete.
Requests to retrieve additional information are generally processed within
four hours. This information will remain online for 30 days.

I would like to receive notification on this request

 Restore

**Find Another Item**

What's your label (or receipt) number?

 Find

**LEGAL**                  **ON USPS.COM**              **ON ABOUT.USPS.COM**         **OTHER USPS SITES**
Privacy Policy ›           Government Services ›        About USPS Home ›             Business Customer Gateway ›
Terms of Use ›             Buy Stamps & Shop ›          Newsroom ›                    Postal Inspectors ›
FOIA ›                     Print a Label with Postage › Mail Service Updates ›        Inspector General ›
No FEAR Act EEO Data ›     Customer Service ›           Forms & Publications ›        Postal Explorer ›
                           Site Index ›                 Careers ›

Copyright© 2012 USPS. All Rights Reserved.