# NOTICE OF FORFEITURE ACTION

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America v. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, et al.**
**CV 12-00154-PHX-DKD**

TO POTENTIAL CLAIMANT:      Ricardo Duran
P.O. Box 3073
Calexico, California 82232

<u>Date Notice Sent</u>: **February 3, 2012**
          **Via U.S. Postal Certified Mail #** *7010 0780 0001 4658 5794*

   **YOU ARE HEREBY GIVEN NOTICE** of the above-captioned case pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Along with this Notice, you have received a copy of the Government's verified Complaint for Forfeiture *In Rem*.

   The civil Complaint seeking forfeiture pursuant to pursuant to 21 U.S.C. § 881(a)(6) was filed on was filed on January 23, 2012, in the United States District Court for the District of Arizona, by Assistant United States Attorney DONALD E. CONRAD on behalf of the United States of America, Plaintiff, against defendant property named in the Government's verified Complaint.  The Government's verified Complaint alleges that said property may, for the causes stated in the Complaint, be condemned as forfeited to the United States. In order to avoid forfeiture of the defendant property, any person claiming an interest in, or right against the defendant property  must file a verified claim with the Clerk of the Court in the court where the action is pending, specifically, United States District Court, District of Arizona, 401 West Washington Street, Phoenix, Arizona 85003, within thirty-five (35) days after the date this notice is sent, as stated above.

...

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, the claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury;

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D), in this case, Assistant United States Attorney DONALD E. CONRAD at Two Renaissance Square, 40 North Central, Suite 1200, Phoenix, AZ 85004-4408.

A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619 and at 28 C.F.R. § 9, and Supplemental Rule G, Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ *Complant* |
| Certified Fee | *before* |
| Return Receipt Fee (Endorsement Required) | *Wael Mag fady* |
| Restricted Delivery Fee (Endorsement Required) | *w/ instructions* |
| Total | |

Postmark Here

Sent To

Ricardo Duran
P.O. Box 3073
Calexico, California 82232

Street, or PO
City, S

7010 0780 0001 4658 5794

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ricardo Duran
P.O. Box 3073
Calexico, California 82232

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Ricardo Duran*                     ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )        C. Date of Delivery  2/10/12

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)     7010 0780 0001 4658 5794

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

## NOTICE OF FORFEITURE ACTION

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America v. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, et al.**
**CV 12-00154-PHX-DKD**

TO POTENTIAL CLAIMANT:     Alicia Nieto
                          Alicia Nieto dba Old World Development Company
                          509 Heber Avenue
                          Calexico, CA 92231

<u>Date Notice Sent</u>: **February 3, 2012**
                          Via U.S. Postal Certified Mail # *7010  0780  0001  4658  5589*

**YOU ARE HEREBY GIVEN NOTICE** of the above-captioned case pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Along with this Notice, you have received a copy of the Government's verified Complaint for Forfeiture *In Rem*.

The civil Complaint seeking forfeiture pursuant to pursuant to 21 U.S.C. § 881(a)(6) was filed on was filed on January 23, 2012, in the United States District Court for the District of Arizona, by Assistant United States Attorney DONALD E. CONRAD on behalf of the United States of America, Plaintiff, against defendant property named in the Government's verified Complaint. The Government's verified Complaint alleges that said property may, for the causes stated in the Complaint, be condemned as forfeited to the United States. In order to avoid forfeiture of the defendant property, any person claiming an interest in, or right against the defendant property  must file a verified claim with the Clerk of the Court in the court where the action is pending, specifically, United States District Court, District of Arizona, 401 West Washington Street, Phoenix, Arizona 85003, within thirty-five (35) days after the date this notice is sent, as stated above.

...

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, the claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury;

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D), in this case, Assistant United States Attorney DONALD E. CONRAD at Two Renaissance Square, 40 North Central, Suite 1200, Phoenix, AZ 85004-4408.

A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619 and at 28 C.F.R. § 9, and Supplemental Rule G, Federal Rules of Civil Procedure.



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total P | |

Sent To   Alicia Nieto
Old World Development Company
Street, A   509 Heber Avenue
or PO Bo
City, Sta   Calexico, CA 92231

PS Form 3800, August 2006                See Reverse for Instructions

7010 0780 0001 4658 5589



English    Customer    USPS Mobile                                    Register / Sign In
           Service

**USPS.COM**                                    Search USPS.com or Track Package

Quick Tools              Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

You entered: 70100780000146585589

**Status: Unclaimed**
Your item was returned to the sender on February 29, 2012 because it was
not claimed by the addressee. Additional information for this item is
stored in files offline.

You may request that the additional information be retrieved from the
archives, and that we send you an e-mail when this retrieval is complete.
Requests to retrieve additional information are generally processed within
four hours. This information will remain online for 30 days.

I would like to receive notification on this request



**Find Another Item**

What's your label (or receipt) number?



**LEGAL**                  **ON USPS.COM**              **ON ABOUT.USPS.COM**        **OTHER USPS SITES**
Privacy Policy ›           Government Services ›        About USPS Home ›            Business Customer Gateway ›
Terms of Use ›             Buy Stamps & Shop ›          Newsroom ›                   Postal Inspectors ›
FOIA ›                     Print a Label with Postage › Mail Service Updates ›       Inspector General ›
No FEAR Act EEO Data ›     Customer Service ›           Forms & Publications ›       Postal Explorer ›
                           Site Index ›                 Careers ›

Copyright© 2012 USPS. All Rights Reserved.

## NOTICE OF FORFEITURE ACTION

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America v. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, et al.**
CV 12-00154-PHX-DKD

TO POTENTIAL CLAIMANT:      Alicia Nieto
                            Alicia Nieto dba Private Advisors of Spain
                            509 Heber Avenue
                            Calexico, CA 92231

<u>Date Notice Sent</u>: **February 3, 2012**
                    **Via U.S. Postal Certified Mail #**  *7010 0780 0001 4658 5565*

**YOU ARE HEREBY GIVEN NOTICE** of the above-captioned case pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Along with this Notice, you have received a copy of the Government's verified Complaint for Forfeiture *In Rem*.

The civil Complaint seeking forfeiture pursuant to pursuant to 21 U.S.C. § 881(a)(6) was filed on was filed on January 23, 2012, in the United States District Court for the District of Arizona, by Assistant United States Attorney DONALD E. CONRAD on behalf of the United States of America, Plaintiff, against defendant property named in the Government's verified Complaint.  The Government's verified Complaint alleges that said property may, for the causes stated in the Complaint, be condemned as forfeited to the United States. In order to avoid forfeiture of the defendant property, any person claiming an interest in, or right against the defendant property  must file a verified claim with the Clerk of the Court in the court where the action is pending, specifically, United States District Court, District of Arizona, 401 West Washington Street, Phoenix, Arizona 85003, within thirty-five (35) days after the date this notice is sent, as stated above.

...

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, the claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury;

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D), in this case, Assistant United States Attorney DONALD E. CONRAD at Two Renaissance Square, 40 North Central, Suite 1200, Phoenix, AZ 85004-4408.

A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619 and at 28 C.F.R. § 9, and Supplemental Rule G, Federal Rules of Civil Procedure.



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₈

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total F | |

Sent To
Alicia Nieto
  Private Advisors of Spain
Street, or PO B
509 Heber Avenue
City, Sta
Calexico, CA 92231

7010 0780 0001 4658 5565

PS Form 3800, August 2006          See Reverse for Instructions

English        Customer        USPS Mobile                              Register / Sign In

                Service

USPS.COM®                                Search USPS.com or Track Package

Quick Tools              Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

# Track & Confirm

You entered: 70100780000146585565

**Status: Unclaimed**
**Your item was returned to the sender on February 29, 2012 because it was**
**not claimed by the addressee. Additional information for this item is**
**stored in files offline.**

**You may request that the additional information be retrieved from the**
**archives, and that we send you an e-mail when this retrieval is complete.**
**Requests to retrieve additional information are generally processed within**
**four hours. This information will remain online for 30 days.**

I would like to receive notification on this request

Restore

## Find Another Item

What's your label (or receipt) number?

                                        Find

LEGAL                    ON USPS.COM              ON ABOUT.USPS.COM        OTHER USPS SITES
Privacy Policy ›         Government Services ›    About USPS Home ›        Business Customer Gateway ›
Terms of Use ›           Buy Stamps & Shop ›      Newsroom ›               Postal Inspectors ›
FOIA ›                   Print a Label with Postage ›   Mail Service Updates ›   Inspector General ›
No FEAR Act EEO Data ›   Customer Service ›       Forms & Publications ›   Postal Explorer ›
                         Site Index ›             Careers ›

Copyright© 2012 USPS. All Rights Reserved.

## NOTICE OF FORFEITURE ACTION

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America v. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, et al.**
**CV 12-00154-PHX-DKD**

TO POTENTIAL CLAIMANT:    Alicia Nieto
Alicia Nieto dba Private Investors of Spain
509 Heber Avenue
Calexico, CA 92231

<u>Date Notice Sent</u>: **February 3, 2012**
Via U.S. Postal Certified Mail # *7003 1680 0007 2417 8040*

**YOU ARE HEREBY GIVEN NOTICE** of the above-captioned case pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Along with this Notice, you have received a copy of the Government's verified Complaint for Forfeiture *In Rem.*

The civil Complaint seeking forfeiture pursuant to pursuant to 21 U.S.C. § 881(a)(6) was filed on was filed on January 23, 2012, in the United States District Court for the District of Arizona, by Assistant United States Attorney DONALD E. CONRAD on behalf of the United States of America, Plaintiff, against defendant property named in the Government's verified Complaint. The Government's verified Complaint alleges that said property may, for the causes stated in the Complaint, be condemned as forfeited to the United States. In order to avoid forfeiture of the defendant property, any person claiming an interest in, or right against the defendant property must file a verified claim with the Clerk of the Court in the court where the action is pending, specifically, United States District Court, District of Arizona, 401 West Washington Street, Phoenix, Arizona 85003, within thirty-five (35) days after the date this notice is sent, as stated above.

...

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, the claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury;

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D), in this case, Assistant United States Attorney DONALD E. CONRAD at Two Renaissance Square, 40 North Central, Suite 1200, Phoenix, AZ 85004-4408.

A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619 and at 28 C.F.R. § 9, and Supplemental Rule G, Federal Rules of Civil Procedure.

7003 1680 0007 2417 8040

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ Complaint 2/3/2012 |
| Certified Fee | Notice |
| Return Reciept Fee (Endorsement Required) | Avail My Judge |
| Restricted Delivery Fee (Endorsement Required) | |

Total Pc

Sent To: Alicia Nieto, Alicia Nieto
Private Investors of Spain

Street, Ap. or PO Box: 509 Heber Avenue
City, State: Calexico, CA 92231

PS Form 3800, June 2002                    See Reverse for Instructions

English        Customer        USPS Mobile                                                                    Register / Sign In
                Service



Search USPS.com or Track Packa

Quick Tools              Ship a Package      Send Mail      Manage Your Mail      Shop        Business Solutions

# Track & Confirm

You entered: 70031680000724178040

**Status: Unclaimed**
**Your item was returned to the sender on February 29, 2012 because it was not claimed by the addressee. Additional information for this item is stored in files offline.**

**You may request that the additional information be retrieved from the archives, and that we send you an e-mail when this retrieval is complete. Requests to retrieve additional information are generally processed within four hours. This information will remain online for 30 days.**

I would like to receive notification on this request

Restore

## Find Another Item

What's your label (or receipt) number?

Find

**LEGAL**                    **ON USPS.COM**                **ON ABOUT.USPS.COM**        **OTHER USPS SITES**
Privacy Policy ›            Government Services ›          About USPS Home ›            Business Customer Gateway ›
Terms of Use ›             Buy Stamps & Shop ›            Newsroom ›                   Postal Inspectors ›
FOIA ›                    Print a Label with Postage ›    Mail Service Updates ›        Inspector General ›
No FEAR Act EEO Data ›     Customer Service ›             Forms & Publications ›        Postal Explorer ›
                          Site Index ›                   Careers ›

Copyright© 2012 USPS. All Rights Reserved.

## NOTICE OF FORFEITURE ACTION

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America v. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, et al.**
CV 12-00154-PHX-DKD

TO POTENTIAL CLAIMANT:     Alicia Nieto
                           Alicia Nieto dba Spanish Capital Promoters
                           509 Heber Avenue
                           Calexico, CA 92231

<u>Date Notice Sent</u>: **February 3, 2012**
          **Via U.S. Postal Certified Mail #** 7010 0780 0001 4658 5602

   **YOU ARE HEREBY GIVEN NOTICE** of the above-captioned case pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Along with this Notice, you have received a copy of the Government's verified Complaint for Forfeiture *In Rem*.

   The civil Complaint seeking forfeiture pursuant to pursuant to 21 U.S.C. § 881(a)(6) was filed on was filed on January 23, 2012, in the United States District Court for the District of Arizona, by Assistant United States Attorney DONALD E. CONRAD on behalf of the United States of America, Plaintiff, against defendant property named in the Government's verified Complaint.  The Government's verified Complaint alleges that said property may, for the causes stated in the Complaint, be condemned as forfeited to the United States. In order to avoid forfeiture of the defendant property, any person claiming an interest in, or right against the defendant property  must file a verified claim with the Clerk of the Court in the court where the action is pending, specifically, United States District Court, District of Arizona, 401 West Washington Street, Phoenix, Arizona 85003, within thirty-five (35) days after the date this notice is sent, as stated above.

        ...

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, the claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury;

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D), in this case, Assistant United States Attorney DONALD E. CONRAD at Two Renaissance Square, 40 North Central, Suite 1200, Phoenix, AZ 85004-4408.

A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619 and at 28 C.F.R. § 9, and Supplemental Rule G, Federal Rules of Civil Procedure.



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com℠

OFFICIAL USE

Postage | $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total

Postmark
Here

7010 0780 0001 4658 5602

Sent To
Alicia Nieto
Spanish Capital Promoters
Street or PO
509 Heber Avenue
City, S
Calexico, CA 92231

PS Form                   See Reverse for Instructions

English          Customer
                 Service          USPS Mobile                                                    Register / Sign In

USPS.COM                                              Search USPS.com or Track Package

Quick Tools              Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

# Track & Confirm

You entered: 70100780000146585602

**Status: Unclaimed**
**Your item was returned to the sender on February 29, 2012 because it was**
**not claimed by the addressee. Additional information for this item is**
**stored in files offline.**

**You may request that the additional information be retrieved from the**
**archives, and that we send you an e-mail when this retrieval is complete.**
**Requests to retrieve additional information are generally processed within**
**four hours. This information will remain online for 30 days.**

I would like to receive notification on this request

Restore

## Find Another Item

What's your label (or receipt) number?

                                                Find

LEGAL                    ON USPS.COM              ON ABOUT.USPS.COM         OTHER USPS SITES
Privacy Policy ›         Government Services ›     About USPS Home ›          Business Customer Gateway ›
Terms of Use ›           Buy Stamps & Shop ›       Newsroom ›                 Postal Inspectors ›
FOIA ›                   Print a Label with Postage › Mail Service Updates ›   Inspector General ›
No FEAR Act EEO Data ›   Customer Service ›        Forms & Publications ›      Postal Explorer ›
                         Site Index ›              Careers ›

Copyright© 2012 USPS. All Rights Reserved.

## NOTICE OF FORFEITURE ACTION

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America v. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, et al.**
**CV 12-00154-PHX-DKD**

TO POTENTIAL CLAIMANT:      Alicia Nieto
                            Alicia Nieto dba The Valencia Advisors
                            509 Heber Avenue
                            Calexico, CA 92231

<u>Date Notice Sent</u>: **February 3, 2012**
                **Via U.S. Postal Certified Mail #** 7010 0780 0001 4658 5572

**YOU ARE HEREBY GIVEN NOTICE** of the above-captioned case pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Along with this Notice, you have received a copy of the Government's verified Complaint for Forfeiture *In Rem*.

The civil Complaint seeking forfeiture pursuant to pursuant to 21 U.S.C. § 881(a)(6) was filed on was filed on January 23, 2012, in the United States District Court for the District of Arizona, by Assistant United States Attorney DONALD E. CONRAD on behalf of the United States of America, Plaintiff, against defendant property named in the Government's verified Complaint. The Government's verified Complaint alleges that said property may, for the causes stated in the Complaint, be condemned as forfeited to the United States. In order to avoid forfeiture of the defendant property, any person claiming an interest in, or right against the defendant property  must file a verified claim with the Clerk of the Court in the court where the action is pending, specifically, United States District Court, District of Arizona, 401 West Washington Street, Phoenix, Arizona 85003, within thirty-five (35) days after the date this notice is sent, as stated above.

...

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, the claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury;

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D), in this case, Assistant United States Attorney DONALD E. CONRAD at Two Renaissance Square, 40 North Central, Suite 1200, Phoenix, AZ 85004-4408.

A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619 and at 28 C.F.R. § 9, and Supplemental Rule G, Federal Rules of Civil Procedure.

2



**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | |

Alicia Nieto
The Valencia Advisors
509 Heber Avenue
Calexico, CA 92231

7010 0780 0001 4658 5572

PS Form 3800, August 2006        See Reverse for Instructions

English    Customer Service    USPS Mobile    Register / Sign In

 **USPS.COM**

Search USPS.com or Track Packa

Quick Tools    Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

You entered: 70100780000146585572

**Status: Unclaimed**
Your item was returned to the sender on February 29, 2012 because it was not claimed by the addressee. Additional information for this item is stored in files offline.

You may request that the additional information be retrieved from the archives, and that we send you an e-mail when this retrieval is complete. Requests to retrieve additional information are generally processed within four hours. This information will remain online for 30 days.

I would like to receive notification on this request

Restore

## Find Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

# NOTICE OF FORFEITURE ACTION

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America v. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, et al.**
CV 12-00154-PHX-DKD

TO POTENTIAL CLAIMANT:     Alicia Nieto
                           Alicia Nieto dba ALN Advisors
                           509 Heber Avenue
                           Calexico, CA 92231

<u>Date Notice Sent</u>: **February 3, 2012**
                **Via U.S. Postal Certified Mail #** *7010 0780 0001 4658 5558*

**YOU ARE HEREBY GIVEN NOTICE** of the above-captioned case pursuant to

Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Along with this Notice, you have received a copy of the Government's verified Complaint

for Forfeiture *In Rem*.

The civil Complaint seeking forfeiture pursuant to pursuant to 21 U.S.C. § 881(a)(6)

was filed on was filed on January 23, 2012, in the United States District Court for the District

of Arizona, by Assistant United States Attorney DONALD E. CONRAD on behalf of the

United States of America, Plaintiff, against defendant property named in the Government's

verified Complaint.  The Government's verified Complaint alleges that said property may,

for the causes stated in the Complaint, be condemned as forfeited to the United States. In

order to avoid forfeiture of the defendant property, any person claiming an interest in, or right

against the defendant property  must file a verified claim with the Clerk of the Court in the

court where the action is pending, specifically, United States District Court, District of

Arizona, 401 West Washington Street, Phoenix, Arizona 85003, within thirty-five (35) days

after the date this notice is sent, as stated above.

        ...

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, the claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury;

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D), in this case, Assistant United States Attorney DONALD E. CONRAD at Two Renaissance Square, 40 North Central, Suite 1200, Phoenix, AZ 85004-4408.

A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619 and at 28 C.F.R. § 9, and Supplemental Rule G, Federal Rules of Civil Procedure.



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com℠

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total P

Sent To
Alicia Nieto
ALN Advisors
Street, Apt. 509 Heber Avenue
or PO Box
City, State Calexico, CA 92231

PS Form 3800, August 2006          See Reverse for Instructions

7010 0780 0001 4658 5558

English     Customer     USPS Mobile                                    Register / Sign In
            Service

  USPS.COM                              Search USPS.com or Track Package

Quick Tools          Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

You entered: 70100780000146585558

**Status: Unclaimed**
Your item was returned to the sender on February 29, 2012 because it was
not claimed by the addressee. Additional information for this item is
stored in files offline.

You may request that the additional information be retrieved from the
archives, and that we send you an e-mail when this retrieval is complete.
Requests to retrieve additional information are generally processed within
four hours. This information will remain online for 30 days.

I would like to receive notification on this request

Restore

## Find Another Item

What's your label (or receipt) number?
                                          Find

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Site Index › | Careers › | |

Copyright© 2012 USPS. All Rights Reserved.

# NOTICE OF FORFEITURE ACTION

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America v. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, et al.**
CV 12-00154-PHX-DKD

TO POTENTIAL CLAIMANT:     Alma G. Valenzuela
                           Alma G. Valenzuela dba Valmart Financial
                           705 East 5th Street, #A
                           Calexico, California 92231

<u>Date Notice Sent</u>: **February 3, 2012**
           Via U.S. Postal Certified Mail # *7010  8780  0001  4658  5619*

 **YOU ARE HEREBY GIVEN NOTICE** of the above-captioned case pursuant to

Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Along with this Notice, you have received a copy of the Government's verified Complaint

for Forfeiture *In Rem*.

 The civil Complaint seeking forfeiture pursuant to pursuant to 21 U.S.C. § 881(a)(6)

was filed on was filed on January 23, 2012, in the United States District Court for the District

of Arizona, by Assistant United States Attorney DONALD E. CONRAD on behalf of the

United States of America, Plaintiff, against defendant property named in the Government's

verified Complaint.  The Government's verified Complaint alleges that said property may,

for the causes stated in the Complaint, be condemned as forfeited to the United States. In

order to avoid forfeiture of the defendant property, any person claiming an interest in, or right

against the defendant property  must file a verified claim with the Clerk of the Court in the

court where the action is pending, specifically, United States District Court, District of

Arizona, 401 West Washington Street, Phoenix, Arizona 85003, within thirty-five (35) days

after the date this notice is sent, as stated above.

  ...

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, the claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury;

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D), in this case, Assistant United States Attorney DONALD E. CONRAD at Two Renaissance Square, 40 North Central, Suite 1200, Phoenix, AZ 85004-4408.

A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619 and at 28 C.F.R. § 9, and Supplemental Rule G, Federal Rules of Civil Procedure.

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

7010 0780 0001 4658 5619

Sent To
Alma G. Valenzuela
Valmart Financial
Street, or PO 705 East 5th Street, #A
City, S Calexico, California 92231

PS Form

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alma G. Valenzuela
Valmart Financial
705 East 5th Street, #A
Calexico, California 92231

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
2/6/12

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7010 0780 0001 4658 5619

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

recvd 2/9/2012

English        Customer        USPS Mobile                                    Register / Sign In
               Service



Search USPS.com or Track Package

Quick Tools          Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

You entered: 70100780000146585619

Status: Delivered
Your item was delivered at 2:20 pm on February 06, 2012 in CALEXICO,
CA 92231. Additional information for this item is stored in files offline.

You may request that the additional information be retrieved from the
archives, and that we send you an e-mail when this retrieval is complete.
Requests to retrieve additional information are generally processed within
four hours. This information will remain online for 30 days.

I would like to receive notification on this request

Restore

## Find Another Item

What's your label (or receipt) number?

Find

LEGAL                    ON USPS.COM              ON ABOUT.USPS.COM        OTHER USPS SITES
Privacy Policy ›         Government Services ›     About USPS Home ›        Business Customer Gateway ›
Terms of Use ›           Buy Stamps & Shop ›       Newsroom ›               Postal Inspectors ›
FOIA ›                   Print a Label with Postage ›  Mail Service Updates ›    Inspector General ›
No FEAR Act EEO Data ›   Customer Service ›        Forms & Publications ›    Postal Explorer ›
                         Site Index ›              Careers ›

Copyright© 2012 USPS. All Rights Reserved.

## NOTICE OF FORFEITURE ACTION

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America v. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, et al.**
CV 12-00154-PHX-DKD

TO POTENTIAL CLAIMANT:      Miguel Angel Rubio-Garcia
                            Miguel Angel Rubio-Garcia dba Valley's Best Collection
                            Agency
                            509 Heber Avenue
                            Calexico, CA 92231

<u>Date Notice Sent</u>: **February 3, 2012**
                    Via U.S. Postal Certified Mail # *7010  0780  0001  4658  5732*

    **YOU ARE HEREBY GIVEN NOTICE** of the above-captioned case pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Along with this Notice, you have received a copy of the Government's verified Complaint for Forfeiture *In Rem*.

    The civil Complaint seeking forfeiture pursuant to pursuant to 21 U.S.C. § 881(a)(6) was filed on was filed on January 23, 2012, in the United States District Court for the District of Arizona, by Assistant United States Attorney DONALD E. CONRAD on behalf of the United States of America, Plaintiff, against defendant property named in the Government's verified Complaint. The Government's verified Complaint alleges that said property may, for the causes stated in the Complaint, be condemned as forfeited to the United States. In order to avoid forfeiture of the defendant property, any person claiming an interest in, or right against the defendant property  must file a verified claim with the Clerk of the Court in the court where the action is pending, specifically, United States District Court, District of Arizona, 401 West Washington Street, Phoenix, Arizona 85003, within thirty-five (35) days after the date this notice is sent, as stated above.

    ...

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, the claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury;

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D), in this case, Assistant United States Attorney DONALD E. CONRAD at Two Renaissance Square, 40 North Central, Suite 1200, Phoenix, AZ 85004-4408.

A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619 and at 28 C.F.R. § 9, and Supplemental Rule G, Federal Rules of Civil Procedure.

**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com ®

OFFICIAL USE

| | |
|---|---|
| Postage | $ *complaint* 2/3/2012 |
| Certified Fee | *Price* |
| Return Receipt Fee (Endorsement Required) | *mail Mag Judge* Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |

To
Miguel Angel Rubio-Garcia
Valley's Best Collection Agency
509 Heber Avenue
Calexico, CA 92231

PS Form 3800, August 2006            See Reverse for Instructions

7010 0780 0001 4658 5732

English          Customer          USPS Mobile                                      Register / Sign In
                 Service

 **USPS.COM**                                    Search USPS.com or Track Package

Quick Tools              Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

# Track & Confirm

You entered: 70100780000146585732

**Status: Unclaimed**
**Your item was returned to the sender on February 29, 2012 because it was
not claimed by the addressee. Additional information for this item is
stored in files offline.**

**You may request that the additional information be retrieved from the
archives, and that we send you an e-mail when this retrieval is complete.
Requests to retrieve additional information are generally processed within
four hours. This information will remain online for 30 days.**

I would like to receive notification on this request

Restore

## Find Another Item

What's your label (or receipt) number?

                                        Find

**LEGAL**                **ON USPS.COM**              **ON ABOUT.USPS.COM**       **OTHER USPS SITES**
Privacy Policy ›         Government Services ›        About USPS Home ›           Business Customer Gateway ›
Terms of Use ›           Buy Stamps & Shop ›          Newsroom ›                  Postal Inspectors ›
FOIA ›                   Print a Label with Postage › Mail Service Updates ›      Inspector General ›
No FEAR Act EEO Data ›   Customer Service ›           Forms & Publications ›      Postal Explorer ›
                         Site Index ›                 Careers ›

Copyright© 2012 USPS. All Rights Reserved.

## NOTICE OF FORFEITURE ACTION

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America v. Rabobank, account number ending 6079, in the name of Grupo Metalco, VL: $215,407.89, et al.**
CV 12-00154-PHX-DKD

TO POTENTIAL CLAIMANT:       Miguel Angel Rubio-Garcia
                             Miguel Angel Rubio-Garcia dba Heber Agency
                             509 Heber Avenue
                             Calexico, CA 92231

<u>Date Notice Sent</u>: **February 3, 2012**
                    **Via U.S. Postal Certified Mail #** *7010 0780 0001 4658 5749*

    **YOU ARE HEREBY GIVEN NOTICE** of the above-captioned case pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Along with this Notice, you have received a copy of the Government's verified Complaint for Forfeiture *In Rem*.

    The civil Complaint seeking forfeiture pursuant to pursuant to 21 U.S.C. § 881(a)(6) was filed on was filed on January 23, 2012, in the United States District Court for the District of Arizona, by Assistant United States Attorney DONALD E. CONRAD on behalf of the United States of America, Plaintiff, against defendant property named in the Government's verified Complaint. The Government's verified Complaint alleges that said property may, for the causes stated in the Complaint, be condemned as forfeited to the United States. In order to avoid forfeiture of the defendant property, any person claiming an interest in, or right against the defendant property must file a verified claim with the Clerk of the Court in the court where the action is pending, specifically, United States District Court, District of Arizona, 401 West Washington Street, Phoenix, Arizona 85003, within thirty-five (35) days after the date this notice is sent, as stated above.

    ...

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, the claim must:

(A) identify the specific property claimed;

(B) identify the claimant and state the claimant's interest in the property;

(C) be signed by the claimant under penalty of perjury;

(D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D), in this case, Assistant United States Attorney DONALD E. CONRAD at Two Renaissance Square, 40 North Central, Suite 1200, Phoenix, AZ 85004-4408.

A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the authority to do so.

An answer or a motion under Rule 12 must be filed, and served, no later than twenty one (21) days after filing the claim, with a copy sent to the above stated government attorney.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. § 1602-1619 and at 28 C.F.R. § 9, and Supplemental Rule G, Federal Rules of Civil Procedure.



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $ *Complaint*                     2/23/2012
Certified Fee
Return Receipt Fee *Cour Mail Meg Judg*       Postmark
(Endorsement Required)                        Here
Restricted Delivery Fee
(Endorsement Required)

Total

Sent To   Miguel Angel Rubio-Garcia
          Heber Agency
Street    509 Heber Avenue
or PO
City      Calexico, CA 92231

7010 0780 0001 4658 5749

PS Form 3800, August 2006          See Reverse for Instructions

English    Customer    USPS Mobile                                      Register / Sign In

Service

 USPS.COM                                          Search USPS.com or Track Packag

Quick Tools              Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

You entered: 70100780000146585749

Status: Unclaimed
**Your item was returned to the sender on February 29, 2012 because it was not claimed by the addressee. Additional information for this item is stored in files offline.**

You may request that the additional information be retrieved from the archives, and that we send you an e-mail when this retrieval is complete. Requests to retrieve additional information are generally processed within four hours. This information will remain online for 30 days.

I would like to receive notification on this request

Restore

## Find Another Item

What's your label (or receipt) number?

                                        Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.